In the Matter of BARRY WETHERALL et al., Respondents, v TOWN OF ISLIP ZONING BOARD OF APPEALS et al., Respondents, and JEROME FEDER et al., Proposed Intervenors-Appellants.

Submitted March 15, 2010; decided May 6, 2010

Motion, insofar as it seeks leave to appeal from so much of the Appellate Division order as dismissed the appeal from that portion of Supreme Court's order that denied the motion to intervene, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the

meaning of the Constitution; motion for leave to appeal otherwise denied.